UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MELVIN TAYLOR, ET AL                                    CIVIL ACTION

VERSUS                                                  NO. 13-5663

NATIONAL FLOOD INSURANCE PROGRAM                        SECTION "N"  (5)


## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum in opposition to the following motion, noticed for submission on April 2, 2014, was filed:

> **"United States' Motion to Dismiss Or, Alternatively, for Summary Judgment" (Rec. Doc. 13).**

Further, the Court finds that the motion has merit.  Accordingly;

**IT IS ORDERED** that the above motion is hereby **GRANTED**, and the plaintiffs' claims in this matter are hereby **DISMISSED**.

A motion for reconsideration of this Order, if any, must be filed within ten (10) days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition memorandum to the original motion.  Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in

connection with the motion, including attorneys' fees, will be assessed against the party moving

for reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule

54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later

than eight days prior to the hearing on the motion for reconsideration.

New Orleans, Louisiana, this 1st day of April, 2014.


**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2